# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| JE Dunn Construction Company | ) | ASBCA No. 61851 |
| | ) | |
| Under Contract No. W9126G-08-D0057 | ) | |

APPEARANCES FOR THE APPELLANT:    Reginald M. Jones, Esq.
                                 Nicholas T. Solosky, Esq.
                                   Fox Rothschild LLP
                                   Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
                                     Engineer Chief Trial Attorney
                                   Michael T. Geiselhart, Esq.
                                   S. DeAnn Lehigh, Esq.
                                     Engineer Trial Attorneys
                                     U.S. Army Engineer District, Little Rock

## OPINION BY ADMINISTRATIVE JUDGE THRASHER

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $110,000.00. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: January 15, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

_____
J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

_____
OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 61851, Appeal of JE Dunn Construction Company, rendered in conformance with the Board's Charter.

Dated:

_____
JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals